UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20708-CIV-WILLIAMS

MICHELE QUIRK-BERMAN,

Plaintiff,

vs.

LIFE INSURANCE CO.
OF NORTH AMERICA,

Defendant.
_____________________________/

**ORDER DISMISSING CASE**

**THIS MATTER** is before the Court on the Parties' joint stipulation of dismissal with prejudice (DE 23). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 17 day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE